No. 17839—Sarah Oetting, Guardian of Marie Anderson, v. Richard P. Sparks and The Baltimore & Ohio Railroad Company. Error to the Court of Appeals of Licking county.

See also, Syllabi of Cases, infra.

### MOTION DOCKET

### No New Cases this week

### NEW CASES FILED

18238—The Ohio Consolidated Coal Co. v. The Lexi Coal Co.; motion for an order directing the Court of Appeals of Franklin County to certify its record. Williams, Sinks & Williams and J. M. Schooler, Columbus, for plaintiff; Smith W. Bennett, Columbus, for defendants.

18239—The State of Ohio ex rel James Watkins v. Vic Donahey, as Governor of the State of Ohio, William G. Reese, as Mayor of the City of Youngstown, and Arthur Williams, as City Auditor of the City of Youngstown, Ohio; In Mandamus. Hogan, Hogan & Hogan, Columbus, and Moore, Barnum & Hammond, Youngstown, for plaintiff.

18240—John Elder v. The Board of Education of The Willard Village School District, Huron County, motion for an order directing the Court of Appeals of Huron county to certify its record. A. S. Aigler, Belevue, and Frank Carpenter, Norwalk, for plaintiff; Young & Young, Norwalk, and Russell Knepper, Columbus, for defendant.

18241—Herman Hane v. Mary M. Kinter, Bertha Deepe, Alexander Hane, Amanda Hornish, Willard Mulligan, Minnie Rupp, Grace Bishop, Van Dine Tittle, Charles Tittle, Nellie Tittle, Richard Hane, Alexander Hane, Guardian of Charles Tittle and Nellie Tittle, minors, Nellie Rupp, Minnie Rupp, Clara Hane, Morgan Lewis and Henry Hane; motion for an order directing the Court of Appeals of Defiance county to certify its record. E. W. Costello, Winn & Goller, J. P. Cameron, Defiance, and Marion W. Bacome, Toledo, for plaintiff.

18242—John Matolok v. St. John's Greek Catholic Congregation; motion for an order directing the Court of Appeals of Cuyahoga County to certify its record. Stern, Rocker & Swartz, Cleveland, and T. S. Dunlap, for the plaintiff.

(Continued on Page 886)

## SUPREME COURT OF OHIO

### SYLLABI OF CASES

### Decided December 11, 1923.
### On General Docket Ante

17868—Edward Telinde v. The Ohio Traction Company; error to the Court of Appeals of Hamilton county.

### 82. CHARGE TO JURY.

Merely reading pleadings by the court, in a negligence case, without defining the issues, does not sufficiently comply with 11447 GC. (72 OS. 586 approved and followed)—If the charge contains no other than formal directions as to assessing the damages, it is erroneous.

17839—Sarah Oetting, Guardian, v. Richard F. Sparks et al. Error to the Court of Appeals of Licking County.

### 342A. SUBROGATION.

Contract between a grantor in a mortgage, and a stranger thereto, that the latter upon payment shall be subrogated to grantee's right, must be supported by a consideration.

### 236. LIFE INSURANCE.

Right of insured to change the beneficiary, which may become defeated thereby, or by nonpayment of dues, does not become vested until maturity of policy.

## OHIO SUPREME COURT—Continued

ROBINSON J.

1. Subrogation arising from express contract between grantor in a mortgage and a stranger thereto, that such stranger upon the satisfaction of the mortgage by the grantor shall be subrogated to the rights of the grantee therein, will be measured by the law applicable to contracts and must be supported by a consideration.

2. The right of a beneficiary in a contract of insurance which reserves to the insured the right to change the beneficiary from time to time, and which may be defeated by the insured by the designation of another beneficiary, or by nonpayment of dues, does not become vested until the happening of the event which matures the policy.

Judgment reversed.

Marshall, C. J., Wanamaker, Jones, Matthias, Day and Allen, JJ., concur.